1   JOHN L. BURRIS (State Bar No. 69888)
    LAW OFFICES OF JOHN L. BURRIS
2   7677 Oakport Street, Suite 1120
3   Oakland, California 94621-1939
    Telephone: (510) 839-5200
4   Facsimile: (510) 839-3882

5   *Attorneys for Plaintiff*
    LOUIS POLK, et al.
6

7   MICHAEL W. FOSTER (State Bar No. 127691)
    PETER H. GOLDSMITH (State Bar No. 91294)
8   FOSTER EMPLOYMENT LAW
    3000 Lakeshore Avenue
9   Oakland, California 94610
    Telephone: (510) 763-1900
10  Facsimile: (510) 763-5952
11  E-Mail: pgoldsmith@fosteremploymentlaw.com

12  Attorneys for Defendants
    COUNTY OF ALAMEDA, GREGORY J. AHERN,
13  and DEREK POPE

14                  UNITED STATES DISTRICT COURT

15          FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                       OAKLAND DIVISION

17

18  LOUIS POLK, JR., et al.,          )   Case No.: 4:13-cv-04790-KAW
                                      )
19              Plaintiffs,           )   **STIPULATION OF DISMISSAL**
                                      )
20                                    )
    vs.                               )
21                                    )
    COUNTY OF ALAMEDA, et al.,        )
22                                    )
                                      )
23              Defendants.           )
                                      )
24                                    )
                                      )
25  _____

26      The parties hereby stipulate that the matter has been settled and Plaintiffs have executed a

27

28  _____

    **STIPULATION OF DISMISSAL**
    Case No.: 4:13-cv-04790-KAW

1

Settlement Agreement and General Release which is incorporated herein as part of the stipulation. The parties agree that Plaintiffs dismiss this action, in its entirety, as to all defendants, with prejudice pursuant to FRCP 41(a)(1), each side to bear their own attorneys' fees and costs.

*Respectfully submitted,*

Dated: August 14, 2014                   LAW OFFICES OF JOHN L. BURRIS

/s/ John L. Burris
John L. Burris
Attorney for Plaintiffs, Louis Polk, Jr., et al.

*Respectfully submitted,*

Dated: *August 18, 2014*                   FOSTER EMPLOYMENT LAW

Peter H. Goldsmith
Attorney for Defendants
County of Alameda, et al.

## ORDER

PURSUANT TO THE PARTIES STIPULATION OF DISMISSAL, the instant action is hereby dismissed in its entirety, as to all defendants, with prejudice. Each side shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:   8/21/14

HONORABLE KANDIS A. WESTMORE
United States District Court Judge

**STIPULATION OF DISMISSAL**
Case No.: 4:13-cv-04790-KAW

2